UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>　　　　Defendant. | Case No.  13-cv-04622-HSG<br><br>**ORDER STAYING CASE** |

　　　　Plaintiffs Animal Legal Defense Fund and Center for Food Safety seek the production of records related to the animal drug ractopamine by Defendant FDA pursuant to the Freedom of Information Act.  Dkt. No. 1.  After meeting and conferring, the parties have agreed on the search methodology and schedule for the production.  Dkt. No. 33 at 3.  Defendant estimates that it will produce approximately 280,000 pages of records, and that the production will be complete by December 2019.  *Id.* at 5.  Plaintiffs do not object to this timeline.  *Id.*  At the moment, "[t]here are no disputes that the parties wish to tender to the court." *Id.*

　　　　Based on the agreement of the parties, the large number of documents at issue, and the diligence shown by Defendant, the Court hereby STAYS this case until December 31, 2019, or the completion of Defendant's document production, whichever comes first.  *See Open Am. v. Watergate Special Prosecution Force*, 547 F.2d 605, 616 (D.C. Cir. 1976).  To ensure that the records production proceeds as Defendant anticipates, the parties shall submit a joint status report every six months until the stay is lifted, with the first status report due April 1, 2016.  The status reports shall identify the number of documents produced to Plaintiffs, as well as a brief synopsis of Defendant's overall progress in processing the request.

Additionally, the parties shall file a joint notice within five days of the completion of the entirety of the document production.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge