1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7031
6      Fax: (415) 436-6748
       adrienne.zack@usdoj.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND and CENTER FOR FOOD SAFETY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | Case No. 13-cv-4622-HSG <br><br> **STIPULATION AND ORDER DENYING CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Animal Legal Defense Fund and Center for Food Safety ("Plaintiffs") and Defendant United States Food and Drug Administration ("Defendant"), by and through their respective attorneys, hereby stipulate and jointly request that the Court continue the Case Management Conference currently set for June 11, 2019, to September 17, 2019.

Plaintiffs filed this action for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, to compel Defendant to produce certain documents related to the animal drug ractopamine. Defendant completed production of documents in response to Plaintiffs' FOIA request on March 21, 2019, which the parties reported in their Joint Status Report on March 26, 2019. (Dkt. 60).

On April 4, 2019, this Court ordered the parties to submit a Case Management Statement on June 4, 2019, in advance of a Case Management Conference on June 11, 2019. (Dkt. 61).

On May 15, 2019, Plaintiffs proposed that the parties settle remaining issues in this case rather than continue the litigation. Defendant is still considering Plaintiffs' proposal. The parties jointly wish to continue settlement discussions before reporting back to the Court.

The parties therefore respectfully request that the Court continue the Case Management Conference to September 17, 2019, to afford the parties additional time to discuss settlement of this case. This is the parties' first request to continue this case management conference.

Dated: May 31, 2019                  Respectfully submitted,

                                                 DAVID L. ANDERSON
                                                 United States Attorney

                                                 */s/ Adrienne Zack*
                                                 Adrienne Zack
                                                 Assistant United States Attorney
                                                 Attorneys for Defendant

Dated: May 31, 2019                  */s/ Cristina Stella*[1]
                                                 CRISTINA STELLA
                                                 Attorney for Plaintiff
                                                 Animal Legal Defense Fund

Dated: May 31, 2019                  */s/ Adam Keats*
                                                 ADAM KEATS
                                                 Attorney for Plaintiff
                                                 Center for Food Safety

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I, Adrienne Zack, hereby attest that all signatories have concurred in the filing of this document.

# ORDER

Pursuant to stipulation and for good cause shown, the Case Management Conference is continued to Tuesday, September 17, 2019, at 2:00 p.m. The parties shall file a joint case management statement on or before September 10, 2019.

**IT IS SO ORDERED.**

Dated: June 3, 2019



_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER DENYING CONTINUING CASE MANAGEMENT CONFERENCE
13-CV-4622 HSG